COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| NOEL REYES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROSARIO FUENTES REYES, DECEASED, | § § § § | No. 08-07-00297-CV |
| Appellant, | § | Appeal from the |
| v. | § | 134th District Court |
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM AND THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER AT DALLAS, | § § § | of Dallas County, Texas (TC# 06-12042-G) |
| Appellees. | § § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of prosecution. Finding that Appellant has failed to file a brief or respond to our inquiry letter, we dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file a brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no writ). We have given notice of our intent to dismiss the appeal and requested a response if a reasonable basis for failure to file the brief facts exists. Appellant has not filed a response to our inquiry. We therefore dismiss the appeal pursuant to

TEX.R.APP.P. 38.8(a)(1) and 42.3(c).


June 12, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.
McClure, J. (Not Participating)